# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Alphonso W. Mears Sr.         CHAPTER 13
               Debtor(s)

BKY. NO. 22-11759 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                       Respectfully submitted,

                                  /s/ *Rebecca Solarz*
                                  Rebecca Solarz
                                  18 Jul 2022, 11:16:40, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322