UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ALPHONSO MEARS  : | |
| | CHAPTER 13 |
| DEBTORS   : | BANKRUPTCY NO.  22-11759 |

CERTIFICATE OF NO RESPONSE
TO APPLICATION FOR COMPENSATION

David J. Averett, Esquire, attorney for Debtor, certifies that no objection to the application for compensation has been filed with the Court nor received by Debtor's attorney.

BY:

/s/ David J. Averett
DAVID J. AVERETT, ESQUIRE
7719 CASTOR AVENUE
PHIALDELPHIA, PA  19152
(215) 342-5024
ATTORNEY FOR DEBTOR
#43760