# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ALPHONSO MEARS   :
                                                 CHAPTER 13

           DEBTORS   :   BANKRUPTCY NO.  22-11759

## CERTIFICATE OF NO RESPONSE
## TO APPLICATION FOR COMPENSATION

David J. Averett, Esquire, attorney for Debtor, certifies that neither an objection to the application for compensation, nor an application for administrative expenses has been filed with the Court nor received by Debtor's attorney.

BY:

/s/ David J. Averett  
DAVID J. AVERETT, ESQUIRE  
7719 CASTOR AVENUE  
PHIALDELPHIA, PA  19152  
(215) 342-5024  
ATTORNEY FOR DEBTOR  
#43760